FILED
U.S. DISTRICT COURT

2009 JUL -7 A 11:45

BY:_____

L. Miles LeBaron (#8982)
Jacob D. Briggs (#12041)
LeBaron & Jensen, P.C.
476 West Heritage Park Blvd., Suite 200
Layton, Utah 84041
Telephone: (801) 773-9488
Facsimile: (801) 773-9489

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CC&H ENTERPRISES, INC., <br><br> Plaintiff, <br> vs. <br><br> EMMETT WARREN, LLC, JOHN LISH, RYAN WILDE, AND JOHN DOES 1-5, <br><br> Defendants. | MOTION TO DISMISS <br><br> Case No. 2:09cv00272 <br><br> Honorable Bruce S. Jenkins |

**Come Now** Defendants Emmett Warren, L.C., John Lish, and Ryan Wilde (hereinafter "Defendants"), by and through counsel, and pursuant to Rules 9 and 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss the Plaintiff's Complaint.

**DATED and SIGNED this** ___2___ **day of July 2009.**

LEBARON & JENSEN, P.C.

_L. Miles LeBaron_
L. Miles LeBaron
Attorney for Defendants

1

## CERTIFICATE OF MAILING

    I hereby certify that on this __2__ day of July 2009, a true and correct copy of the foregoing was mailed by U.S. First Class mail to the following:

William O. Kimball
2920 Directors Row
Salt Lake City, Utah 84104