# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Becky Janke
COURTROOM DEPUTY: Michael R. Weiler
INTERPRETER: None

CASE NO. 9-C-272 BSJ

CC&H Enterprises v. Warren, et al

**RECEIVED**
AUG 3 1 2009
OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

Approved By: _____

## APPEARANCE OF COUNSEL

Pla   William O. Kimball
Dft   Larry Miles LeBaron

DATE: August 31, 2009, 10:30 AM - 11:00 AM

MATTER SET: Motion Hearing re: to dismiss                              (30 mins), Rm 420

DOCKET ENTRY:

Argument & discussion heard. Crt rules:

- Grants, motion to dismiss, other than the breach of contract claim. Pla has 20 days, after order filed, to amend cmplt.

Mr. LeBaron to prepare & submit order within 5 days.