L. Miles LeBaron (#8982)
Jacob D. Briggs (#12041)
LEBARON & JENSEN, P.C.
476 West Heritage Park Blvd., Ste 104
Layton, Utah 84041
Telephone: 801-773-9488
Facsimile: 801-773-9489

*Attorneys for Defendants*

---

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CC&H ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EMMETT WARREN, L.C., JOHN LISH, RYAN WILDE, AND JOHN DOES 1-5, <br><br> Defendants. | CERTIFICATE OF MAILING OF DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS <br><br> Civil No. 2:09cv00272 <br><br> Honorable Bruce S. Jenkins |

I hereby certify that on this _26_ day of April 2010, I caused a true and correct copy of Defendants' response to Plaintiff's First Request for Admissions to be mailed, United States mail, postage prepaid, to the following:

1

William O. Kimball
2920 Directors Row
Salt Lake City, Utah 84104

                                              LEBARON & JENSEN, P.C.

                                              L. MILES LEBARON
                                              ATTORNEY FOR DEFENDANTS